

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2020

No. 04-20-00276-CV

Beverly **STRAUB**,
Appellant

v.

**PRESCA HOLDING LLC**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-07873
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

After we granted two motions for extension of time to file Appellant's brief, the brief was due on September 15, 2020. *See* TEX. R. APP. P. 38.6(a), (d).

On September 22, 2020, Appellant filed the brief and a third motion for an extension of time to file the brief based on the need to cite the supplemental clerk's record, which was filed on September 21, 2020.

Appellant's third motion for extension of time to file the brief is GRANTED. Appellant's brief is deemed timely filed.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2020.

_____
Michael A. Cruz,
Clerk of Court